**Opinion issued November 5, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00828-CR

### NO. 01-19-00829-CR

———————————

## IN RE WALTER ALEXANDER CRUZ, Relator

---

**Original Proceeding on Petition for Writ of Habeas Corpus**

---

### MEMORANDUM OPINION

Relator, Walter Alexander Cruz, has filed a "Petition for Writ of Habeas Corpus for Bond Reduction," contending that he is being unlawfully confined and restrained and the required bail is excessive.[1] Relator seeks issuance of a writ of

---

[1] No record was filed with the petition. The underlying cases are *The State of Texas v. Walter Alexander Cruz*, cause numbers 1624578 and 1625896, pending in the 176th District Court of Harris County, Texas, the Honorable Nikita V. Harmon presiding. Relator's petition is for both cases.

habeas corpus and an order discharging him from custody, or a reduction in the amount of the bond.

This Court does not have "original habeas corpus jurisdiction of a bail issue" in a criminal case. *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, no pet.) (citing TEX. GOV'T CODE ANN. § 22.221(d)); *Ex parte Enriquez*, 2 S.W.3d 362, 363 & n.1 (Tex. App.—Waco 1999, orig. proceeding) (mem. op.)); *see Ex parte Barnes*, No. 03-13-00429-CV, 2013 WL 3723333, at *1 (Tex. App.—Austin July 12, 2013, orig. proceeding) (mem. op.) (dismissing for want of jurisdiction application for writ of habeas corpus seeking release or reduction in appeal bond when relator was convicted of felony offense of aggravated assault). In criminal matters, our habeas corpus jurisdiction is appellate only, and we do not have original habeas corpus jurisdiction. *Ex parte Denby,* 627 S.W.2d 435, 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding); *see also Chavez v. State,* 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citing TEX. GOV'T CODE ANN. § 22.221) ("A court of appeals does not have original habeas corpus jurisdiction in felony cases.")

Accordingly, we dismiss the petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

Do not publish.   TEX. R. APP. P. 47.2(b).

2